UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
**WACO DIVISION**

WSOU INVESTMENTS, LLC

vs.                                                      Case No.:  6:20-CV-485-ADA

DELL TECHNOLOGIES INC., ET AL.


**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Kyanna Sabanoglu_____ , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Dell Technologies Inc., Dell Inc., EMC Corp. and VMware, Inc.

in this case, and would respectfully show the Court as follows:


1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    Gibson, Dunn & Crutcher LLP_____ with offices at:

    Mailing address:  200 Park Avenue_____

    City, State, Zip Code:  New York, NY 10166-0193_____

    Telephone:  212-351-3880_____   Facsimile:  212-716-0880_____


2.  Since __January, 2016_____ , Applicant has been and presently is a
    member of and in good standing with the Bar of the State of New York_____ .
    Applicant's bar license number is  5401096_____ .


3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | Eastern District of Texas | February 26, 2020 |
    | Southern and Eastern Districts of NY | September 19, 2017 |
    | Court of Appeals for Federal Circuit | May 31, 2019 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: <u>Barry K. Shelton</u>

Mailing address: <u>311 RR 620S, Suite 205</u>

City, State, Zip Code: <u>Austin, TX 78734</u>

Telephone: <u>(512) 263-2165</u>

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

<u>Kyanna Sabanoglu</u> to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

<u>Kyanna Sabanoglu</u>
[printed name of Applicant]

<u>*[signature]*</u>
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the <u>4th</u> day of <u>October</u>, <u>2020</u>.

<u>Kyanna Sabanoglu</u>
[printed name of Applicant]

<u>*[signature]*</u>
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                                             Case No.:  6:20-CV-485-ADA

DELL TECHNOLOGIES INC., ET AL.


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Kyanna Sabanoglu                                          , counsel for

_____ , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Kyanna Sabanoglu                              may appear on behalf of _____

in the above case.

IT IS FURTHER ORDERED that  Kyanna Sabanoglu                                         , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  October                                     , 20_____ .


_____

UNITED STATES DISTRICT JUDGE