# EXHIBIT B

| | Application No. | Applicant(s) |
|---|---|---|
| **Examiner-Initiated Interview Summary** | 11/169,194 | ALICHERRY ET AL. |
| | Examiner | Art Unit |
| | ABDULLAH RIYAMI | 2416 |

**All Participants:**  Status of Application: <u>ALLOWANCE</u>

(1) <u>ABDULLAH RIYAMI</u>.   (3) _____.

(2) <u>DAVID SHIFREN (Reg No. 59329)</u>.   (4) _____.

Date of Interview: <u>8/5/2009</u>   Time: <u>1 pm</u>

**Type of Interview:**
☒ Telephonic
☐ Video Conference
☐ Personal (Copy given to: ☐ Applicant   ☐ Applicant's representative)

Exhibit Shown or Demonstrated: ☐ Yes ☒ No
If Yes, provide a brief description: .

**Part I.**

Rejection(s) discussed:


Claims discussed:
Claims 1, 13, and 20.

Prior art documents discussed:
US 2006/0215689

**Part II.**

SUBSTANCE OF INTERVIEW DESCRIBING THE GENERAL NATURE OF WHAT WAS DISCUSSED:
Discussed further clarifying the split ratio vector with respect to the sub-flows and the mean traffic rate of the corresponding path. Attorney authorized and agreed on the changes throughout the independent claims.

**Part III.**

☒ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview directly resulted in the allowance of the application. The examiner will provide a written summary of the substance of the interview in the Notice of Allowability.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview did not result in resolution of all issues. A brief summary by the examiner appears in Part II above.

/Abdullah Riyami/
Examiner, Art Unit 2416

(Applicant/Applicant's Representative Signature – if appropriate)