# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>  v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>    Defendants. | Case No. 6:20-cv-00485-ADA<br><br>**JURY TRIAL DEMANDED** |

**LETTERS OF REQUEST FOR FOREIGN DISCOVERY FROM INDIA**

Defendants', Dell Technologies Inc., Dell Inc., EMC Corporation, and VMware, Inc., (collectively "Defendants"), seek foreign discovery from a third party witness residing in India. Defendants have attached an Appendix with a Letter of Request which includes Document Requests and Deposition Topics. The chart below outlines the name of the witness Defendants seek foreign discovery from, the relevant case number, and the Patent at issue.

| Appx. | Name of Witness Entity | Relevance of Witness/Entity | Case No. | U.S. Pat. No. |
|---|---|---|---|---|
| A | Harsha Nagesh | Named Inventor | 6:20-cv-00485 | 7,636,309 |

Defendants respectfully request that the Court execute the Letter of Request attached as Appendix A. Defendants further request that, after the Court has signed the Letter of Request, the Clerk of this Court authenticate the Court's signature under the seal of this Court, and return the original signed and sealed executed Letter, and two certified copies of the signed and sealed executed Letter, to Defendants' counsel, Benjamin Hershkowitz, for delivery to the proper authority.

Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, indicated that it reserves the right to serve its own foreign discovery in the future.

| Dated: November 6, 2020 | By: | */s/ Benjamin Hershkowitz* |
|---|---|---|

        Benjamin Hershkowitz
        bhershkowitz@gibsondunn.com
        Brian A. Rosenthal
        brosenthal@gibsondunn.com
        Allen Kathir
        akathir@gibsondunn.com
        Kyanna Sabanoglu
        ksabanoglu@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        200 Park Ave.
        New York, NY 10166-0193
        Telephone: (212) 351-4000
        Facsimile: (212) 351-4035

        Y. Ernest Hsin
        ehsin@gibsondunn.com
        Jaysen S. Chung
        jschung@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        555 Mission St., Ste. 3000
        San Francisco, CA 94105-0921
        Telephone: (415) 393-8200
        Facsimile: (415) 393-8306

        Ryan K. Iwahashi
        riwahashi@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        1881 Page Mill Rd.
        Palo Alto, CA 94304-1211
        Telephone: (650) 849-5300
        Facsimile: (650) 849-5333

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 6, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

*/s/ Benjamin Hershkowitz*
Benjamin Hershkowitz
