IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | CIVIL ACTION 6:20-cv-00473-ADA |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00474-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00475-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00476-ADA |
| | § | CIVIL ACTION 6:20-cv-00477-ADA |
| | § | CIVIL ACTION 6:20-cv-00478-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00479-ADA |
| | § | CIVIL ACTION 6:20-cv-00480-ADA |
| | § | CIVIL ACTION 6:20-cv-00481-ADA |
| DELL TECHNOLOGIES INC., ET | § | CIVIL ACTION 6:20-cv-00482-ADA |
| AL., | § | CIVIL ACTION 6:20-cv-00485-ADA |
| *Defendants*. | § | CIVIL ACTION 6:20-cv-00486-ADA |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEYS FROM CASE

**TO THE HONORABLE COURT:**

Counsel for Plaintiff WSOU Investments, LLC ("WSOU"), James L. Etheridge, Ryan S. Loveless, Travis L. Richins, Brett A. Mangrum, Jeffrey Huang, and Brian M. Koide, and their firm Etheridge Law Group, PPLC, hereby move to withdraw as counsel of record for Plaintiff.

Attorneys with the law firms of Kasowitz Benson Torres, LLP and Steckler Wayne Cochran Cherry will remain as counsel of record for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

Defense counsel is not opposed to this motion. Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED:  January 17, 2022         Respectfully submitted,

                                        */s/ James L. Etheridge*
                                        James L. Etheridge
                                        Texas State Bar No. 24059147
                                        Ryan S. Loveless
                                        Texas State Bar No. 24036997
                                        Travis L. Richins
                                        Texas State Bar No. 24061296
                                        Brett A. Mangrum
                                        Texas State Bar No. 24065671
                                        Jeffrey Huang
                                        Brian M. Koide
                                        ETHERIDGE LAW GROUP, PLLC
                                        2600 E. Southlake Blvd., Suite 120 / 324
                                        Southlake, Texas 76092
                                        Telephone: (817) 470-7249
                                        Facsimile: (817) 887-5950
                                        Jim@EtheridgeLaw.com
                                        Ryan@EtheridgeLaw.com
                                        Travis@EtheridgeLaw.com
                                        Brett@EtheridgeLaw.com
                                        JeffH@EtheridgeLaw.com
                                        Brian@EtheridgeLaw.com

                                        *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF CONFERENCE

     I hereby certify that on January 16, 2022, I, James Etheridge, conferred with Defendant regarding Etheridge Law Group's withdrawal from the case. Defendants are unopposed to this motion.

                                          */s/ James L. Etheridge*
                                          James L. Etheridge

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 17, 2022, I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record as registered in the Court's system.

                */s/ James L. Etheridge*
                James L. Etheridge