# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO: WA:20-CV-00485-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC., | § | |
| EMC CORPORATION, VMWARE, INC. | | |

## ORDER RESETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for DISCOVERY HEARING by Zoom on March 11, 2022 at 01:30 PM.

IT IS SO ORDERED this 10th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE