# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, LTD.,**<br><br>*Defendants.* | **Civil Action No.: 6:20-cv-00473-ADA**<br>**Civil Action No.: 6:20-cv-00475-ADA**<br>**Civil Action No.: 6:20-cv-00476-ADA**<br>**Civil Action No.: 6:20-cv-00477-ADA**<br>**Civil Action No.: 6:20-cv-00480-ADA**<br>**Civil Action No.: 6:20-cv-00481-ADA**<br>**Civil Action No.: 6:20-cv-00482-ADA**<br>**Civil Action No.: 6:20-cv-00485-ADA**<br>**Civil Action No.: 6:20-cv-00486-ADA**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") hereby moves to withdraw attorney Jayita Guhaniyogi as counsel of record for Plaintiff.

Lawyers with Kasowitz Benson Torres LLP and Steckler Wayne Cherry & Love PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Brazos or any other party to this action.

Defendants are not opposed to this motion.

Dated: April 6, 2022　　　　　　　　　　　RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
　　Jonathan K. Waldrop (CA Bar No. 297903)
　　(Admitted in this District)
　　jwaldrop@kasowitz.com
　　Darcy L. Jones (CA Bar No. 309474)
　　(Admitted in this District)
　　djones@kasowitz.com
　　Marcus A. Barber (CA Bar No. 307361)
　　(Admitted in this District)
　　mbarber@kasowitz.com
　　ThucMinh Nguyen (CA Bar No. 304382)
　　(Admitted in this District)
　　tnguyen@kasowitz.com
　　John W. Downing (CA Bar No. 252850)
　　(Admitted in this District)
　　jdowning@kasowitz.com
　　Heather S. Kim (CA Bar No. 277686)
　　(Admitted in this District)
　　hkim@kasowitz.com
　　**KASOWITZ BENSON TORRES LLP**
　　333 Twin Dolphin Drive, Suite 200
　　Redwood Shores, California 94065
　　Telephone: (650) 453-5170
　　Facsimile: (650) 453-5171

　　Paul G. Williams (GA Bar No. 764925)
　　(Admitted in this District)
　　pwilliams@kasowitz.com
　　**KASOWITZ BENSON TORRES LLP**
　　1230 Peachtree Street N.E., Suite 2445
　　Atlanta, Georgia 30309
　　Telephone: (404) 260-6080
　　Facsimile: (404) 260-6081

　　Joshua A. Whitehill (NY Bar No. 4766473)
　　(Admitted *pro hac vice*)
　　jwhitehill@kasowitz.com
　　Julianne Laporte (NY Bar No. 5547906)
　　(Admitted *pro hac vice*)
　　jlaporte@kasowitz.com
　　Howard L. Bressler (NY Bar No. 2487379)
　　(Admitted *pro hac vice*)
　　hbressler@kasowitz.com
　　Shelley Ivan (NY Bar No. 4338067)
　　(Admitted *pro hac vice*)
　　sivan@kasowitz.com
　　Hershy Stern (NY Bar No. 4631024)
　　(Admitted *pro hac vice*)
　　hstern@kasowitz.com

Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## CERTIFICATE OF CONFERENCE

This is to certify that on April 4, 2022, counsel for Plaintiffs conferred with counsel for Defendants regarding the contents of this motion, and counsel for Defendants are unopposed to the relief sought.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on April 6, 2022.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop